| | | |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>Sent by: Jeremy Sites<br>09/25/2009 01:41 PM | To<br>cc<br>bcc<br>Subject | "Amber Siefer" <asiefer@bjtlegal.com><br>Donna M Jackson/WAWD/09/USCOURTS@USCOURTS<br><br>Re: For Service in Barker, et al v. Skype, et al. |

Your case has been assigned 09-CV-1364 RSM. Please allow up to 24-48 hours before this case appears on ECF.

Thanks,

Jeremy Sites
Intake Clerk
US District Court
206-370-8442

"Amber Siefer" <asiefer@bjtlegal.com>



| | | |
|---|---|---|
| **"Amber Siefer"**<br><asiefer@bjtlegal.com><br>09/25/2009 01:30 PM | To<br>cc<br><br><br>Subject | <newcases.seattle@wawd.uscourts.gov><br>"Roger Townsend" <rtownsend@bjtlegal.com>, "Bill Sherman" <bill@shermanleary.com>, "Leslie Listy" <admin@bjtlegal.com><br>For Service in Barker, et al v. Skype, et al. |

Dear Clerk,

Attached please find the Coversheet, Complaint and Summons in the above referenced matter for filing today in USDC court. We would like to pay the $350 filing fee with a credit card. I will call the Clerk's office to make payment today. Please do not hesitate to contact me with any further questions. Please confirm receipt of this email.

Best Regards,

**Amber Siefer**
Legal Assistant
Breskin Johnson & Townsend PLLC
1111 Third Avenue, Suite 2230
Seattle, WA 98101
(206) 652-8660
(206) 652-8290 (fax)

  

Summons 2009 09 25.pdf    Cover Sheet 2009 09 25.pdf    SKYPE Federal Complaint FINAL.pdf